# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DESIREE M. NORWOOD,** | : |
| Petitioner, | : |
| | : CRIMINAL NO. 09-00174-CG-B |
| vs. | : |
| | : CIVIL ACTION NO. 11-00423-CG |
| **UNITED STATES OF AMERICA,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, be, and the same hereby is, **DENIED**. Petitioner is not entitled to a certificate of appealability.

**DONE and ORDERED** this 13th day of March, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE